ACCEPTED
06-15-00113-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
7/31/2015 3:59:52 PM
DEBBIE AUTREY
CLERK

| Appellate Docket Number: | 06-15-00113-CR |
|---|---|
| Appellate Case Style: Style: | CASEY AUSTIN JONES |
| Vs. | State of Texas |
| Companion Case: | |

**FILED IN**
**6th COURT OF APPEALS**
**TEXARKANA, TEXAS**

**7/31/2015 3:59:52 PM**

**DEBBIE AUTREY**
Clerk

Amended/corrected statement: ☐

## DOCKETING STATEMENT (Criminal)

Appellate Court: 6th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

### I. Appellant

First Name: CASEY

Middle Name: AUSTIN

Last Name: JONES

Suffix:

Appellant Incarcerated? ☐ Yes ☒ No

Amount of Bond: $15,000.00

Pro Se: ◯

### II. Appellant Attorney(s)

☒ Lead Attorney

First Name: HOUGH-LEWIS

Middle Name: "LEW"

Last Name: DUNN

Suffix:

☒ Appointed          ☐ District/County Attorney
☐ Retained           ☐ Public Defender

Firm Name: LAW OFFICES OF LEW DUNN

Address 1: P.O. BOX 2226

Address 2:

City: LONGVIEW

State: Texas                    Zip+4: 75606

Telephone: 903-757-6711          ext.

Fax: 903-757-6712

Email: dunn@texramp.net

SBN: 06244600

Add Another Appellant/ Attorney

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|

**III. Appellee**

First Name: STATE OF TEXAS

Middle Name:

Last Name:

Suffix:

Appellee Incarcerated? ☐ Yes ☐ No

Amount of Bond:

Pro Se: ○

**IV. Appellee Attorney(s)**

☒ Lead Attorney

First Name: TIM

Middle Name:

Last Name: CARIKER

Suffix:

☐ Appointed   ☒ District/County Attorney

☐ Retained   ☐ Public Defender

Firm Name: HARRISON COUNTY DA

Address 1: 200 W. HOUSTON, SUITE 206

Address 2:

City: MARSHALL

State: Texas   Zip+4: 75670

Telephone: 903-935-8408   ext.

Fax:

Email: timc@co.harrison.tx.us

SBN: 24009942

Add Another Appellee/ Attorney

## V. Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case): Sex Offenses

Type of Judgment: Final Judgment

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: June 24, 2015

Offense charged: Sexual assault of a minor

Date of offense: January 21, 2012

Defendant's plea: Guilty

If guilty, does defendant have the trial court's certificate to appeal?

☒ Yes ☐ No

Was the trial by: ☐ jury or ☒ non-jury?

Date notice of appeal filed in trial court: July 15, 2015

If mailed to the trial court clerk, also give the date mailed :

Punishment assessed: three years TDCJ

Is the appeal from a pre-trial order? ☒ Yes ☐ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☐ Yes ☒ No

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial: ☒ Yes ☐ No   If yes, date filed: July 15, 2015

Motion in Arrest of Judgment: ☒ Yes ☐ No   If yes, date filed: July 15, 2015

Other: ☐ Yes ☐ No   If yes, date filed:

If other, please specify:

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed: ☒ Yes ☐ No ☐ NA   If yes, date filed: June 24, 2015

Date of hearing:   ☐ NA

Date of order:   ☐ NA

Ruling on motion: ☒ Granted ☐ Denied ☐ NA   If granted or denied, date of ruling: June 24, 2015

## VIII. Trial Court And Record

Court: 71ST DISTRICT COURT

County: HARRISON

Trial Court Docket Number (Cause no): 12,0154X

Trial Court Judge (who tried or disposed of the case):

First Name: BRAD

Middle Name:

Last Name: MORIN

Suffix:

Address 1: 200 W. HOUSTON, SUITE 219

Address 2:

City: MARSHALL

State: Texas　　Zip + 4: 75670

Telephone: 903-935-8407　ext.

Fax: 903-935-9963

Email: bradm@co.harrison.tx.us

Clerk's Record:

Trial Court Clerk: ☒ District ☐ County

Was clerk's record requested? ☒ Yes ☐ No

If yes, date requested: Jul 15, 2015

If no, date it will be requested:

Were payment arrangements made with clerk?

☐ Yes ☐ No ☒ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record? ☒ Yes ☐ No

Was reporter's record requested? ☒ Yes ☐ No

Was the reporter's record electronically recorded? ☐ Yes ☐ No

If yes, date requested: Jul 15, 2015

Were payment arrangements made with the court reporter/court recorder? ☐ Yes ☐ No ☒ Indigent

---

☒ Court Reporter　　☐ Court Recorder
☒ Official　　　　　☐ Substitute

First Name: Tanya

Middle Name:

Last Name: McFarland

Suffix:

Address 1: 200 W. Houston

Address 2:

City:

State: Texas　　Zip + 4: 75670

Telephone: 903-935-8407　ext.

Fax: 903-935-9963

Email: tanyam@co.harrison.tx.us

## 1X. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: ▓▓▓▓▓▓▓▓▓▓▓       Court: ▓▓▓▓▓▓▓▓▓▓▓

Style: ▓▓▓▓▓▓▓▓▓▓▓

     Vs.     State of Texas

## X. Signature

Signature of counsel (or Pro Se Party)

Printed Name: Hough-Lewis Dunn

Electronic Signature: ▓▓▓▓▓▓▓▓▓▓▓
(Optional)

Date: July 31, 2015

State Bar No: 06244600

Name: HOUGH-LEWIS DUNN

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on July 31, 2015     .

Signature of counsel (or pro se party)

Electronic Signature: ▓▓▓▓▓▓▓▓▓▓▓
(Optional)

State Bar No.: 06244600

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

       (1) the date and manner of service;
       (2) the name and address of each person served, and
       (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: July 31, 2015

Manner Served: Email

First Name: TIM

Middle Name:

Last Name: CARIKER

Suffix:

Law Firm Name: HARRISON COUNTY DA

Address 1: 200 W. HOUSTON, SUITE 206

Address 2:

City: MARSHALL

State Texas Zip+4: 75670

Telephone: 903-035-8408 ext.

Fax:

Email: timc@co.harrison.tx.us